

# The Voyles Law Firm, P.C.

November 18, 2019

Clerk of Court
U.S. District Court
Middle District of Georgia
475 Mulberry Street
P.O. Box 128
Macon, Georgia 31202-0128

    Re:    <u>**Robert S. Wood vs. City of Warner Robins, Georgia, et al)**</u>;
             **U.S. District Court for the Middle District of Georgia;**
             **CAFN: 5:19-cv-00319-TES**

Dear Clerk of Court:

    I represent Plaintiff Bobby Wood in the above-styled case. Plaintiff's Response to Defendants' Motion for More Definite Statement and to Partially Dismiss Complaint [ECF No. 15] is currently due on November 18, 2019. I request, pursuant to Local Rule 6.2, a fourteen (14) day extension of time to file Plaintiff's Response to Defendants' Motion for More Definite Statement and to Partially Dismiss Complaint. The new filing deadline will be December 2, 2019.

    Thank you for your assistance in this matter.

                                      Respectfully submitted,

                                      <u>s/ James E. Voyles</u>
                                      James E. Voyles

cc:    Sharon P. Morgan
        Laura A. Denton

600 Village Trace
Suite 200
Marietta, Georgia 30067
(770) 999-6700
(770) 999-6701 (Fax)
www.voyleslaw.com