# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| ROBERT S. WOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | 5:19-CV-00319-TES |
| ) | |
| CITY OF WARNER ROBINS, ) | |
| GEORGIA, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION TO STAY DISCOVERY PENDING THE COURT'S RULING ON DEFENDANT'S MOTION TO PARTIALLY DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

**COMES NOW** Defendant City of Warner Robins, Georgia ("City"), and files this Motion to Stay Discovery Pending the Court's Ruling on the City's Motion to Partially Dismiss Plaintiff's Second Amended Complaint.[1/] As set forth in greater detail in the accompanying Memorandum of Law in Support, the Court should grant the instant Motion and stay discovery pending the Court's ruling on the City's Motion to Partially Dismiss Plaintiff's Second Amended Complaint.

Respectfully submitted this 3rd day of March, 2020.

---

[1/] While the City asked Plaintiff to join in on this present Motion to conserve this Court's and the parties' time and resources, Plaintiff summarily denied the request.

        *s/Laura A. Denton*
        Sharon P. Morgan
        Georgia Bar No. 522955
        Laura A. Denton
        Georgia Bar No. 158667

ELARBEE, THOMPSON, SAPP & WILSON, LLP
229 Peachtree Street, N.E.
800 International Tower
Atlanta, Georgia  30303
(404) 659-6700
(404) 222-9718 (Facsimile)
morgan@elarbeethompson.com
denton@elarbeethompson.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **ROBERT S. WOOD,** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**CITY OF WARNER ROBINS,** )<br>**GEORGIA,** )<br>)<br>**Defendant.** ) | **CIVIL ACTION FILE NO.**<br>**5:19-CV-00319-TES** |

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2020, I electronically filed **DEFENDANT'S MOTION TO STAY DISCOVERY PENDING THE COURT'S RULING ON DEFENDANT'S MOTION TO PARTIALLY DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

      James E. Voyles

                          *s/Laura A. Denton*
                          Laura A. Denton
                          Georgia Bar No. 158667

-2-

ELARBEE, THOMPSON, SAPP
& WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia  30303
(404) 659-6700
(404) 222-9718 (facsimile)
denton@elarbeethompson.com

*Attorney for Defendant*